**E-filed 4/12/2011**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ELEANOR LICUP and DANTE LICUP,<br><br>                    Plaintiffs,<br><br>     v.<br><br>CITI MORTGAGE, INC.; ALLIANCE TITLE COMPANY; ALMADEN BLOSSOM HILL REALTY, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>                    Defendants. | Case Number 5:10-CV-04574 JF (PSG)<br><br>**ORDER[1] GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND**<br><br>[Re: Docket No. 11] |

   Plaintiffs allege that Defendants have violated the Truth in Lending Act, the Real Estate Settlement Procedures Act, and related state laws.  Defendant Mortgage Electronic Registration Systems, Inc. moves to dismiss the complaint for failure to state a claim upon which relief may be granted.  The Court concludes that the motion is appropriate for determination without oral argument and will vacate the hearing scheduled for April 15, 2011.  *See* Civ. L. R. 7-1(b).

   Plaintiffs' opposition papers were due at least twenty-one days before the noticed hearing date of April 15, 2011, or no later than March 25, 2011.  *See* Civ. L. R. 7-3(a).  As of the date of

---

[1] This disposition is not designated for publication in the official reports.

1  this order, Plaintiffs have not filed opposition papers.  Because the instant motion appears well-
2  taken and is unopposed, the motion will be granted, with leave to amend.

### ORDER

For good cause shown:

(1) the motion to dismiss is GRANTED, with leave to amend;

(2) any amended pleading shall be filed within twenty (20) days of the date this order is filed;

(3) the hearing date of April 15, 2011 is VACATED.

**IT IS SO ORDERED**

DATED:   April 12, 2011

_____
JEREMY FOGEL
United States District Judge

Case No. 5:10-CV-04574 JF (PSG)
ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND
(JFEX1)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ELEANOR LICUP and DANTE LICUP,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>CITI MORTGAGE, INC.; ALLIANCE TITLE COMPANY; ALMADEN BLOSSOM HILL REALTY, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>　　　　　Defendants. | Case Number 5:10-CV-04574 JF (PSG)<br><br>CERTIFICATE OF SERVICE |

　　　I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, United States District Court, Northern District of California.

　　　On April 12, 2011, I served a true and correct copy of the attached document to each of the persons hereinafter listed by placing said copy in a postage paid envelope and depositing said envelope in the United States mail, or by placing said envelope in the outgoing mail delivery receptacle located in the Clerk's Office:

Mr. Dante Licup and Mrs. Eleanor Licup
1583 McCoy Avenue
Campbell, CA 95008


DATED: April 12, 2011　　　　　　　　　　　For the Court
　　　　　　　　　　　　　　　　　　　　　Richard W. Weiking, Clerk

　　　　　　　　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　　　　Diana Munz
　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk

Case No. 5:10-CV-04574 JF (PSG)
ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND
(JFEX1)