**E-Filed 6/9/2011**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ELEANOR LICUP, et al., | Case Number 5:10-cv-04574-JF (PSG) |
| Plaintiffs, | ORDER DISMISSING ACTION WITH PREJUDICE |
| v. | |
| CITI MORTGAGE, INC., et al., | |
| Defendants. | |

On April 12, 2011, the Court dismissed Plaintiffs' complaint with leave to amend. No amended pleading was filed within the time provided. Accordingly, the action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: 6/8/2011

_____
JEREMY FOGEL
United States District Judge

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ELEANOR LICUP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITI MORTGAGE, INC., et al., <br><br> Defendants. | Case Number 5:10-cv-04574-JF (PSG) <br><br> CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, United States District Court, Northern District of California.

On Thursday, June 9, 2011, I served a true and correct copy of the attached document on each of the persons hereinafter listed by placing said copy in a postage paid envelope and depositing said envelope in the United States mail, or by placing said envelope in the outgoing mail delivery receptacle located in the Clerk's Office:

Eleanor Licup
Dante Licup
1583 McCoy Avenue
Campbell, CA 95008

DATED: 6/9/2011

For the Court
Richard W. Weiking, Clerk

By: _____/s/_____
Diana Munz
Courtroom Deputy Clerk

2